**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SANDRA A. GREEN,

       Plaintiff,

vs.                                        Case No.  3:04-cv-1282-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security Administration,

       Defendant.

_____

**<u>O R D E R</u>**

This cause is before the Court on Plaintiff's Petition for Attorney Fees (Doc. #19; Petition), filed on January 5, 2006.  On the same date, the Memorandum of Law in Support of Plaintiff's Attorney Fees (Doc. #20) was submitted.  Defendant has no objection to the requested fees.  Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #21), filed on January 20, 2006, at 2.

A total of 19.1 hours were expended in the representation of Plaintiff before the Court in 2004 and 2005.  *See* Petition ¶ 6; *see also* Schedule of Hours, attached to the Petition.  Plaintiff seeks fees in the amount of $2,922.00.  Petition ¶ 6.  This is based on an hourly rate of $153.00 for all work performed.  *Id.*

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $2,922.00 in attorney fees.[1]

Accordingly, the Petition (Doc. #19) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $2,922.00.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of January, 2006.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
     and *pro se* parties, if any

---

[1]     The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. *See id.* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited January 20, 2006).